| | |
|---|---|
| Case No. **CV 18-9228 MWF (FFMx)** | Date: February 6, 2019 |
| Title **Hahaas Comedy, LLC v. Anthony Girgis** | |

Present: The Honorable: **MICHAEL W. FITZGERALD**, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On January 30, 2019, the parties filed a Stipulation for Order to File First Amended Complaint ("Stipulation"). (Docket No. 19). That same day, the Court granted the request and ordered Plaintiff to electronically file its First Amended Complaint ("FAC") no later than February 1, 2019, to simultaneously request the Clerk to issue a Summons, and to serve the Summons and FAC no later than March 18, 2019. (Order, Docket No. 20). The Court also discharged its previous Order to Show Cause (Docket No. 14).

To date, Plaintiff has not filed its FAC. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the FAC and request for issuance of Summons no later than **FEBRUARY 11, 2019** as an appropriate response to this Order to Show Cause. Failure to comply will be deemed abandonment of this action, and it will be dismissed.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.

Initials of Preparer: RS/sjm