**THE ARMENTA LAW FIRM, APC**
M. Cris Armenta, Esq. (SBN 177403)
Credence E. Sol, Esq. (SBN 219784)
11440 W. Bernardo Court, Suite 300
San Diego, CA 92127
Telephone: (310) 826-2826
Facsimile: (310) 695-2560
Email: cris@crisarmenta.com

Attorneys for Plaintiff
HAHAAS COMEDY, LLC

**JDF LAW, P.C.**
John D. Fowler, Esq. (SBN 271827)
Kevin J. Cammiso, Esq. (SBN 316540)
315 South Beverly Drive, Suite 320
Beverly Hills, CA 90212
Telephone:  (323) 205-6462
Email: john@jdf-law.com
        kevin@jdf-law.com

Attorneys for Defendant
CREATIVE RINGTONES, LLC

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HAHAAS COMEDY, LLC, a District of Columbia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE RINGTONES, LLC,<br><br>Defendant. | Case No. 2:18-cv-09228-MWF-FFMx<br><br>**STIPULATED CONSENT JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT**; AND ORDER<br><br>Complaint filed: October 26, 2018<br>Hon. Michael W. Fitzgerald |

**STIPULATED CONSENT JUDGMENT**

Plaintiff HAHAAS COMEDY, LLC ("Plaintiff") having filed its Complaint and Amended Complaint in this action, and pursuant to Plaintiff and Defendant CREATIVE RINGTONES, LLC ("Defendant") having entered into a settlement agreement, IT IS HEREBY STIPULATED by Plaintiff and Defendant, through their respective counsel, that the following Consent Judgment be entered against the Defendant:

## JUDGMENT

IT IS ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the parties to this matter and to the subject matter of this action. The Amended Complaint states a claim upon which relief can be granted.

2. As between the Plaintiff and Defendant, Plaintiff's copyrights in the works entitled 'Warning Ringtones I', 'Warning Ringtones III', 'Movie Trailer, 'Breaking News', and 'Urban Female' are valid and enforceable, and the Defendant has infringed those copyrights.

3. As between the Plaintiff and Defendant, Plaintiff's trademark 'Danger Ringtones' (Registration number 4542896) is valid and enforceable, and Defendant has infringed that trademark.

4. As a result of Defendant's infringements of Plaintiff's copyrights and trademark, Plaintiff has suffered direct damages in the form of loss of sales, loss of income, loss of goodwill, and the reduction in the value and distinctiveness of Plaintiff's trademark.

5. Judgment is entered in favor of Plaintiff HAHAAS COMEDY, LLC , and against Defendant CREATIVE RINGTONES, LLC, for copyright infringement, trademark infringement, and unfair trade, in the amount of

**STIPULATED CONSENT JUDGMENT**

Two Hundred and Fifty-Thousand Dollars ($250,000.00).

6. Plaintiff and Defendant waive their respective rights of appeal in connection with this Stipulated Consent Judgment.

7. Each party shall bear its own costs and attorneys' fees in this action.

8. Plaintiff and Defendant hereby stipulate to the entry of this Consent Judgment.

Dated: May 15, 2019                    THE ARMENTA LAW FIRM, APC


                                       By:   /s/ M. Cris Armenta
                                             M. Cris Armenta
                                             Credence E. Sol
                                             Attorneys for Plaintiff
                                             HAHAAS COMEDY, LLC


Dated: May 15, 2019                    JDF LAW, P.C.


                                       By:   /s/ John D. Fowler
                                             John D. Fowler
                                             Kevin J. Cammiso
                                             Attorneys for Defendant

                                       CREATIVE RINGTONES, LLC


IT IS SO ORDERED.


Dated: __May 20_____, 2019

                                       Hon. Michael W. Fitzgerald

2

**STIPULATED CONSENT JUDGMENT**